STEVEN C. SCHROER
MARK W. HETZLER
CHRISTINE A. ABUEL
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, IL 60603
Telephone: 312-577-7000
Facsimile: 312-577-7007

KENNETH C. MENNEMEIER (SBN 113973)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011

Attorneys for Defendants
SmartSignal Corporation, James P. Herzog
and Stephan W. Wegerich

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EXPERT MICROSYSTEMS, INC., and INTELLECTUAL ASSETS LLC, Plaintiffs, v. SMARTSIGNAL CORPORATION, JAMES P. HERZOG, an individual, and STEPHAN W. WEGERICH, an individual, Defendants. | Case No. 2:06-CV-0709-MCE-DAD  **ORDER GRANTING DEFENDANTS' INITIAL EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
|---|---|

Good cause having been shown, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6-144, the Court hereby (1) grants the ex parte application of defendants SmartSignal Corporation, James P. Herzog, and Stephan W. Wegerich for an extension of time to respond to the complaint; and (2) extends the time for such defendants to respond to the complaint to June 14, 2006.

DATED: May 9, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE