MARK W. HETZLER
CHRISTINE A. ABUEL
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, IL  60603
Telephone: 312-577-7000
Facsimile: 312-577-7007

KENNETH C. MENNEMEIER (SBN 113973)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA  95814
Telephone: 916-553-4000
Facsimile: 916-553-4011

Attorneys for Defendants
SmartSignal Corporation, James P. Herzog
and Stephan W. Wegerich

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERT MICROSYSTEMS, INC., and INTELLECTUAL ASSETS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SMARTSIGNAL CORPORATION, JAMES P. HERZOG, an individual, and STEPHAN W. WEGERICH, an individual,<br><br>Defendants. | Case No. 2:06-cv-0709-MCE-DAD<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;**<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Pursuant to Local Rules 83-143 (addressing "Stipulations") and 6-144 (addressing "Extending and Shortening Time"), by and through their counsel of record, plaintiffs Expert Microsystems, Inc. and Intellectual Assets LLC and defendants SmartSignal Corporation, James P. Herzog, and Stephan W. Wegerich hereby stipulate and agree to extend the time for Defendants to respond or otherwise plead to the complaint from Wednesday, June 14, 2006, to Friday, June 16, 2006.

///

///

///

1  The prior filing deadline (June 14) was set by the Court upon Defendants' ex parte application,

2  filed May 2, 2006 and granted on May 9, 2006.  This stipulation is without prejudice to

3  defendants' ability to contest personal jurisdiction.

4  DATED:  June 14, 2006                STEVEN C. SCHROER
                                        MARK W. HETZLER
5                                       CHRISTINE A. ABUEL
                                        FITCH, EVEN, TABIN & FLANNERY
6
                                        KENNETH C. MENNEMEIER
7                                       MENNEMEIER, GLASSMAN & STROUD LLP

8
                                        _____
9                                       Kenneth C. Mennemeier
                                        Attorneys for Defendants SmartSignal Corporation,
10                                      James P. Herzog and Stephan W. Wegerich

11

12  DATED:  June 14, 2006                JOHN W. CARPENTER
                                        LAW OFFICES OF JOHN W. CARPENTER
13
                                        MARK L. PETTINARI
14                                      LAW OFFICES OF MARK L. PETTINARI

15
                                        _____
16                                      Mark L. Pettinari
                                        Attorneys for Plaintiffs Expert Microsystems, Inc.
17                                      and Intellectual Assets LLC

18

19
                                **ORDER**
20
    IT IS SO ORDERED.
21
    DATED:  June 20, 2006
22

23
                                        _____
24
                                        MORRISON C. ENGLAND, JR
25                                      UNITED STATES DISTRICT JUDGE

26

27

28