MARK W. HETZLER
CHRISTINE A. ABUEL
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, IL  60603
Telephone: 312-577-7000
Facsimile: 312-577-7007

KENNETH C. MENNEMEIER (SBN 113973)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA  95814
Telephone: 916-553-4000
Facsimile: 916-553-4011

Attorneys for Defendants
SmartSignal Corporation, James P. Herzog
and Stephan W. Wegerich

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERT MICROSYSTEMS, INC., and INTELLECTUAL ASSETS LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>SMARTSIGNAL CORPORATION, JAMES P. HERZOG, an individual, and STEPHAN W. WEGERICH, an individual,<br><br>    Defendants. | Case No. 2:06-CV-00709-MCE-DAD<br><br>**STIPULATION TO CONTINUE THE HEARING DATE ON PLAINTIFFS' MOTION TO DISQUALIFY;**<br><br>**ORDER CONTINUING THE HEARING DATE ON PLAINTIFFS' MOTION TO DISQUALIFY** |

Pursuant to Local Rule 83-143 (addressing "Stipulations"), by and through their counsel of record, plaintiffs Expert Microsystems, Inc. and Intellectual Assets LLC and defendants SmartSignal Corporation, James P. Herzog, and Stephan W. Wegerich hereby stipulate and agree: (1) to continue the hearing date on "Plaintiffs' Motion to Disqualify" (dated June 1, 2006) from July 17, 2006, to August 21, 2006, and (2) in light of the new hearing date, any reply brief on the motion to disqualify would be due August 14, 2006.  The reason for the continuance is that one of Defendants' counsel (Kenneth C. Mennemeier) will be out of town and on vacation on July 17, 2006, and the stipulation is entered into as an accommodation to his schedule.

1

1  This stipulation is without prejudice to any of the parties' claims or defenses, including without
2  limitation defendants' challenge to personal jurisdiction.

3  DATED: July __, 2006                STEVEN C. SCHROER
                                        MARK W. HETZLER
4                                       CHRISTINE A. ABUEL
                                        FITCH, EVEN, TABIN & FLANNERY
5
                                        KENNETH C. MENNEMEIER
6                                       MENNEMEIER, GLASSMAN & STROUD LLP

7
                                        _____
8                                       Kenneth C. Mennemeier
                                        Attorneys for Defendants SmartSignal Corporation,
9                                       James P. Herzog and Stephan W. Wegerich

10

11 DATED: July 7, 2006                  JOHN W. CARPENTER
                                        LAW OFFICES OF JOHN W. CARPENTER
12
                                        MARK L. PETTINARI
13                                      LAW OFFICES OF MARK L. PETTINARI

14
                                        _____
15                                      Mark L. Pettinari
                                        Attorneys for Plaintiffs Expert Microsystems, Inc.
16                                      and Intellectual Assets LLC

17

18
                                    **ORDER**
19
        IT IS SO ORDERED.
20
   DATED: July 11, 2006
21

22

23                                      _____
                                        MORRISON C. ENGLAND, JR
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28