STEVEN C. SCHROER
MARK W. HETZLER
CHRISTINE A. ABUEL
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, IL 60603
Telephone: 312-577-7000
Facsimile:  312-577-7007

KENNETH C. MENNEMEIER (SBN 113973)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011

Attorneys for Defendants
SmartSignal Corporation, James P. Herzog
and Stephan W. Wegerich

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERT MICROSYSTEMS, INC., and INTELLECTUAL ASSETS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SMARTSIGNAL CORPORATION, JAMES P. HERZOG, an individual, and STEPHAN W. WEGERICH, an individual,<br><br>Defendants. | Case No. 2:06-CV-00709-MCE-DAD<br><br>**STIPULATION TO CONTINUE THE HEARING DATE ON PLAINTIFFS' MOTION TO DISQUALIFY AND DEFENDANTS' MOTIONS TO DISMISS OR TRANSFER; [ORDER CONTINUING THE HEARING DATE ON PLAINTIFFS' MOTION TO DISQUALIFY AND DEFENDANTS' MOTIONS TO DISMISS OR TRANSFER** |

Pursuant to Local Rule 83-143 (addressing "Stipulations"), by and through their counsel of record, plaintiffs Expert Microsystems, Inc. and Intellectual Assets LLC and defendants SmartSignal Corporation, James P. Herzog, and Stephan W. Wegerich hereby stipulate and agree to continue the hearing date on "Plaintiffs' Motion to Disqualify" (dated June 1, 2006) and "Defendants' Motions to Dismiss or Transfer" (dated June 16, 2006) from October

PDF created with pdfFactory trial version www.pdffactory.com

16, 2006 to October 30, 2006. On September 20, 2006, the Court, on its own motion, continued the previously scheduled hearing to October 16, 2006. The reason for the continuance is that counsel for Plaintiffs and counsel for Defendants have prior commitments scheduled on October 16, 2006, and the stipulation is entered into as an accommodation to these schedules. This stipulation is without prejudice to any of the parties' claims or defenses, including without limitation defendants' challenge to personal jurisdiction.

DATED: September 26, 2006

STEVEN C. SCHROER
MARK W. HETZLER
CHRISTINE A. ABUEL
FITCH, EVEN, TABIN & FLANNERY

KENNETH C. MENNEMEIER
MENNEMEIER, GLASSMAN & STROUD LLP

/s/   Christine A. Abuel
Christine A. Abuel
Attorneys for Defendants SmartSignal Corporation, James P. Herzog, and Stephan W. Wegerich

DATED: September 26, 2006

JOHN W. CARPENTER
LAW OFFICES OF JOHN W. CARPENTER

MARK L. PETTINARI
LAW OFFICES OF MARK L. PETTINARI

/s/   Mark L. Pettinari
Mark L. Pettinari
Attorneys for Plaintiffs Expert Microsytems, Inc. and Intellectual Assets LLC

**ORDER**

IT IS SO ORDERED.

DATED: September 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com